E-FILED
Friday, 16 May, 2025  08:44:32 AM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | | |
|---|---|---|
| Immanuel Lutheran Church | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Case Number: 25-cv-01099** |
| | ) | |
| Church Mutual Insurance Company | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Immanuel Lutheran Church's action against Defendant Church Mutual Insurance Company is dismissed without prejudice.

**Dated: May 16, 2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court